No. 85–406. Ariyoshi, Governor of Hawaii, et al. v. Robinson et al. C. A. 9th Cir.; and

No. 85–455. Polo Fashions, Inc. v. Stock Buyers International, Inc., et al. C. A. 6th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 85–755. Reed v. Campbell, Individually and as Administratrix of the Estate of Ricker. Appeal from Ct. App. Tex., 8th Sup. Jud. Dist. Probable jurisdiction noted.

No. 85–568. Nantahala Power & Light Co. et al. v. Thornburg, Attorney General of North Carolina, et al. Appeal from Sup. Ct. N. C. Motions of Edison Electric Institute and United Steelworkers of America, AFL–CIO, Local Union 309, for leave to file briefs as amici curiae granted. Probable jurisdiction noted.

No. 85–664. Young, Commissioner of Food and Drug Administration v. Community Nutrition Institute et al. C. A. D. C. Cir. Certiorari granted.

No. 85–530. O'Connor et al. v. Ortega. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 85–621. Commodity Futures Trading Commission v. Schor et al.; and

No. 85–642. ContiCommodity Services, Inc. v. Schor et al. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 248 U. S. App. D. C. 155, 770 F. 2d 211.

No. 85–632. Atkins, Commissioner, Massachusetts Department of Public Welfare v. Rivera et al. Sup. Jud. Ct. Mass. Motion of respondent Madeline McKenna for leave to proceed in forma pauperis and certiorari granted.